# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00456-AP

JOHN C. CAMPOS,

Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Larry R. Daves
P. O. Box 1026
207 ½ Colorado Ave.
La Junta, CO 81050
719-384-5438
719-384-8676 (facsimile)
ldaves@pcisys.net

For Defendant:

TROY A. EID
United States Attorney
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** 3/5/08
    **B. Date Complaint Was Served on U.S. Attorney's Office:** 3/10/08
    **C. Date Answer and Administrative Record Were Filed:** 5/8-9/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Counsel for Plaintiff states that the administrative record is complete and accurate. Counsel for Defendant states that the administrative record does not contain the hearing transcript related to Plaintiff's prior application or page 7 from a decision related to Plaintiff's prior application (Tr. 35-36). Counsel for Defendant has requested copies of these documents, if available, from the Commissioner's Court Case Preparations Branch. However, the documents pertain to an previous application, filed two years before the application relevant to this case. Thus, the record without these documents is, as Plaintiff's attorney states, complete and accurate for purposes of going forward with this case.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, state that they are not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

      A.  **Plaintiffs Opening Brief Due:**     July 11, 2008
      B.  **Defendant's Response Brief Due:**    August 12, 2008
      C.  **Plaintiffs Reply Brief (If Any) Due:**  August 27, 2008

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.  **Plaintiffs Statement:** Plaintiff does not request oral argument.
      B.  **Defendant's Statement:** Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of May, 2008.

                                           BY THE COURT:

                                           *S/John L. Kane*
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Larry R. Daves 5/28/08
Larry R. Daves
P. O. Box 1026
207 ½ Colorado Ave.
La Junta, CO 81050
719-384-5438
719-384-8676 (facsimile)
ldaves@pcisys.net

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 5/28/08
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov