# MEMORANDUM

**DATE**: August 13, 2009

**TO**: File 08-cv-00456-RPM

**FROM**: Senior District Judge Richard P. Matsch

s/Richard P. Matsch
8/13/09

**CASE NAME**: JOHN C. CAMPOS, vs. MICHAEL J. ASTRUE

Plaintiff may proceed in forma pauperis on appeal.